**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAWANN SHAUNTEZ HAYES**                               **PETITIONER**

**v.**                  **CASE NO. 5:14CV00408 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**               **RESPONDENT**

### ORDER

The recommended disposition filed by Magistrate Judge Beth Deere has been received. No objections have been filed. After careful consideration, it is concluded that the recommended disposition should be, and hereby is, adopted in its entirety. Hayes's petition for writ of habeas corpus [Doc. No. 1] and amended petition for writ of habeas corpus [Doc. No. 8] are dismissed without prejudice.

When entering a final order adverse to a habeas corpus petitioner, a certificate of appealability must be issued or denied. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no such showing, a certificate of appealability is denied.

IT IS SO ORDERED this 17th day of March 2015.

UNITED STATES DISTRICT JUDGE