# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JAWANN SHAUNTEZ HAYES**                                                              **PETITIONER**

v.                          **CASE NO. 5:14CV00408 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                    **RESPONDENT**

## JUDGMENT

Consistent with the order entered this day, Jawann Shauntez Hayes's petition for writ of habeas corpus [Doc. No. 1] and amended petition for writ of habeas corpus [Doc. No. 8] are dismissed without prejudice.

IT IS SO ORDERED this 17th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE